```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**                                                      PLAINTIFF

   v.   Civil No. 11-2153

**OLD DOMINION FREIGHT LINE, INC.**                                 DEFENDANT

   and

**CHARLES GRAMS**                                                   INTERVENOR


## O R D E R

Now on this 21st day of March, 2013, comes on for consideration the **Amended Motion To Dismiss Count Two Of Amended And Substitued [sic] Complaint Of Intervenor Charles Grams** (document #76), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and Count Two of the Amended And Substituted Complaint Of Intervenor Charles Grams, alleging violation of the Family and Medical Leave Act, is hereby **dismissed with prejudice**.

  **IT IS SO ORDERED.**

                /s/ Jimm Larry Hendren
                **JIMM LARRY HENDREN**
                **UNITED STATES DISTRICT JUDGE**