**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**                                                                     **PLAINTIFF**

         v.              Civil No. 11-2153

**OLD DOMINION FREIGHT LINE, INC.**                                 **DEFENDANT**

         and

**CHARLES GRAMS**                                                              **INTERVENOR**

### O R D E R

Now on this 26th day of April, 2013, comes on for consideration the **Motion To Dismiss Amended And Substitued [sic] Complaint Of Intervenor Charles Grams** (document #82), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that the Amended And Substituted Complaint of Intervenor Charles Grams is **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**