IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 2:11-cv-02153-JLH |
| OLD DOMINION FREIGHT LINE, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Equal Employment Opportunity Commission (Commission) submits its Response in Opposition to Defendant's Motion for Summary Judgment. Because the Commission maintains it is entitled to judgment on the Commission's Motion for Summary Judgment on the Issue of Liability filed May 2, 2013, the Commission respectfully requests that the Court deny Defendant's Motion in its entirety.

First, the Commission can meet its *prima facie* burden to show Grams is covered by the Americans with Disabilities Act. (ADAAA)  Second, the Commission can show that Department of Transportation Regulations did not require Grams' referral to a Substance Abuse Profession (SAP) or his removal from his driving position.  Finally, the Commission can show that Defendant's policy of never returning a driver to a driving position after he reports an alcohol abuse problem violates the ADAAA.

The Commission submits a memorandum of law in support of its response as well as a response to Defendant's material facts as required by Local Rule 56.1 of the Western District of Arkansas.

**P. DAVID LOPEZ**
General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

**FAYE A. WILLIAMS**
Regional Attorney
TN Bar No. 011730

**JOSEPH M. CROUT**
Supervisory Trial Attorney
TN Bar No. 012957

/s Markeisha K. Savage
**MARKEISHA K. SAVAGE**
Trial Attorney
TN Bar No.024693

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
1407 Union Avenue, Suite 901
Memphis, Tennessee 38104
(901) 544-0133

/s/Pamela B. Dixon
**PAMELA B. DIXON**
Senior Trial Attorney
AR Bar No. 95085

EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION
Little Rock Area Office
820 Louisiana St., Suite 200
Little Rock, Arkansas  72201
(501) 324-5065
pamela.dixon@eeoc.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

James H. Hanson
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 W. Market Street, Ste. 1500
Indianapolis, IN  46204

Sara L. Pettinger
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Ste. 600
Chicago, IL  60603

Don A. Smith
Smith, Cohen & Horan, PLC
1206 Garrison Avenue
Fort Smith, AR  72917


May 24, 2013                                                                          /s/Pamela B. Dixon
Date                                                                                         Pamela B. Dixon