```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                              PLAINTIFF

      v.          Civil No. 11-2153

OLD DOMINION FREIGHT LINE, INC.                         DEFENDANT

## O R D E R

Now on this 21st day of April, 2014, the Court makes the following order regarding the pre-trial conference scheduled for 10:00 a.m. Wednesday, May 14, 2014:

   \*   The conference will be conducted by telephone.

   \*   The parties are to file a list, no later than May 2, 2014, of the names and phone numbers of all attorneys who want to participate in the conference.

   \*   The parties are to file a list, no later than May 2, 2014, of the issues they wish to have addressed at the conference.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**