IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                    PLAINTIFF

v.                    Case No. 2:11-CV-02153

OLD DOMINION FREIGHT LINE, INC.                             DEFENDANT

## VERDICT FORM (TWO PAGES)

**INTERROGATORY NO. 1:** Do you find by the greater weight of the evidence that Old Dominion discriminated against Mr. Grams because of a disability in violation of the Americans with Disabilities Act ("ADA")?

Answer Yes or No __Yes__

__1-16-15__                                    ████████████████
(Date)                                         (Signature of Foreperson)

If you answered "yes," proceed to Interrogatory No. 2.

If you answered "no," then your deliberations are complete. Please notify the Court Security Officer.

Page 1 of 2

**INTERROGATORY NO. 2:** For each separate type of damages as explained in Instruction 11, state the amount of damages you find, by the greater weight of the evidence, that Mr. Grams suffered as a direct result of Old Dominion's discrimination:

1. Back Pay: $ 119,612.97

2. Emotional Pain, Suffering, and Mental Anguish: $ 0

_1-16-15_
(Date)

_____
(Signature of Foreperson)