IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION     PLAINTIFF

v.     Case No. 2:11-CV-02153

OLD DOMINION FREIGHT LINE, INC.     DEFENDANT

### JUDGMENT

Pursuant to the verdict returned by the jury on January 15, 2015 (Doc. 281) and the Court's Order thereupon (Doc. 283), the Court hereby finds and directs that the Plaintiff, Equal Employment Opportunity Commission, is entitled to a judgment against the Defendant, Old Dominion Freight Line, Inc., in the sum of $119,612.97, for its claim brought on behalf of Charles Grams.

IT IS, THEREFORE, ORDERED, CONSIDERED, ADJUDGED, AND DECREED that, judgment is hereby rendered and awarded to the Plaintiff, Equal Employment Opportunity Commission, against the Defendant, Old Dominion Freight Line, Inc., in the sum of $119,612.97.

IT IS FURTHER ORDERED that the Court retains jurisdiction to consider the EEOC's claims for injunctive and other equitable relief.

IT IS SO ORDERED this **16th** day of January, 2015.

HON. TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE